

# THE THIRTEENTH COURT OF APPEALS

13-22-00167-CV

DAPENG HOLDINGS, LLC AND YI CHENG ZHENG
v.
JEFFORY DEAN BLACKARD, BLACKARD GENERAL PARTNER V, LLC
AND BLACKARD GLOBAL DEVELOPMENT II, LLC

On Appeal from the
148th District Court of Nueces County, Texas
Trial Court Cause No. 2021DCV-3875-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

November 10, 2022